**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00102-LTB-CBS

EXABYTE CORPORATION,

      Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

      Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Defendant's Unopposed Motion for Leave to File Amended Answer and Counterclaims (Doc 15 - filed June 23, 2006) is **GRANTED**. The tendered Amended Answer and Counterclaims is accepted for filing.

Dated: June 26, 2006
_____