**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00102-LTB-CBS

EXABYTE CORPORATION,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY

    Defendant.

## ORDER TO AMEND SCHEDULING ORDER

The Court has reviewed the parties' Stipulated Motion To Amend Scheduling Order (*doc. no. 23)*, and finding good cause exists it is

ORDERED that the Motion is granted and the Scheduling Order is amended as follows:

1. Each party shall be limited to no more than forty (40) non-expert depositions taken pursuant to Rule 30(b)(1).

2. Each party shall be limited to one hundred fifty (150) requests for production of documents.

3. Each party shall be limited to one hundred (100) requests for admissions.

4. Each party shall be limited to one hundred (100) interrogatories.

5.  The following pretrial deadlines are amended as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Deadline to elect whether to rely on advice of counsel | 12/1/06 | 3/31/07 |
| Initial expert reports | 12/31/06 | 3/31/07 |
| Rebuttal expert reports | 2/28/07 | 5/15/07 |
| Discovery cutoff | 3/23/07 | 6/15/07 |
| Claim construction and summary judgment briefs | 5/30/07 | 7/31/07 |

Dated this 22nd day of September, 2006.

*s/Craig B. Shaffer*
Craig B. Shaffer, Magistrate Judge
United States District Court

2