**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-00102-LTB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: March 21, 2007** | **Courtroom Deputy:** Ben Van Dyke |

TANDBERG DATA CORPORATION,          Gregory S. Tamkin

    **Plaintiff/Counter Defendant,**

    v.

HEWLETT-PACKARD COMPANY,          Glen E. Summers

    **Defendant/Counter Claimant.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:      2:00 p.m.**
Court calls case. Appearances of counsel.

**ORDERED:**   The Motion to Amend Scheduling Order [filed March 13, 2007; doc. 37] is denied without prejudice for the reasons stated on the record.

**ORDERED:**   Discovery deadlines related to the advice of counsel defense and initial expert reports are vacated.

HEARING CONCLUDED.

**Court in Recess**:      **2:10 p.m.**
Total In-Court Time:      00:10