**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00102-LTB-CBS

TANDBERG DATA CORPORATION,

       Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Motion to Vacate Trial Date and Amend Scheduling Order (Doc 41 - filed March 26, 2007) is **GRANTED IN PART**.  The trial preparation conference set **January 10, 2008** and the trial set **February 4, 2008 are VACATED** to be reset at a later date.

      The part of the motion regarding amending the scheduling order is referred to Magistrate Judge Craig B. Shaffer for ruling.

Dated:  March 27, 2007
_____