# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  06-cv-00102-LTB-CBS

TANDBERG DATA CORPORATION,

       Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

       Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     The Stipulation and Agreed Motion for Leave to File Second Amended Answer and Counterclaims (Doc 51 - filed June 29, 2007) is **GRANTED**.  The tendered Second Amended Answer and Counterclaims is accepted for filing.


Dated:  July 2, 2007

_____