**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-00102-LTB-CBS

TANDBERG DATA CORPORATION,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

    Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 68 - filed January 11, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that the Fourth Counterclaim (Infringement of U.S. Patent No. 6,246,642) of Counterclaim Plaintiff Hewlett-Packard is **DISMISSED WITH PREJUDICE**.

                                      BY THE COURT:

                                         s/Lewis T. Babcock
                                         Lewis T. Babcock, Judge

DATED: January 14, 2008