IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 06-cv-00102-LTB-CBS

TANDBERG DATA CORPORATION,

    Plaintiff and Counterclaim Defendant,

v.

HEWLETT-PACKARD COMPANY,

    Defendant and Counterclaim Plaintiff.

**ORDER**

THE COURT having reviewed the parties' Stipulation of Dismissal and finding good cause exists:

IT IS HEREBY ORDERED that the Third Counterclaim (Infringement of U.S. Patent No. 5,761,032) set forth in Hewlett-Packard Company's Second Amended Answer and Counterclaims is dismissed with prejudice with respect to all products previously offered or currently offered (as currently configured) by Tandberg Data Corporation or Exabyte Corporation, but without prejudice as to future claims of infringement of the '032 Patent by any other or differently configured product that may be offered in the future, and with each party to bear its own costs, including attorneys fees.

Dated this 7th day of February, 2008

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge
                                          United States District Court