**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  06-cv-00102-LTB-CBS

TANDBERG DATA CORPORATION,

      Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

      Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal (Doc 90 - filed June 11, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED** on the following terms: the dismissal of Tandberg's claims against Hewlett-Packard shall be with prejudice; the dismissal of Hewlett-Packard's counterclaims against Tandberg shall be without prejudice. Each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   June 12, 2008